# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

Criminal No. 10-MJ-00144-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. SHAWN T. BORDERS,

Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court received the alcohol evaluation from Wendy Sickich of New Day Counseling on December 9, 2011 which recommended that the Defendant receive twenty-four hours of treatment. After consultation with Ms. Sickich, it was determined that it would take the Defendant approximately three months to get enrolled into and complete an alcohol counseling program, therefore:

**IT IS HEREBY ORDERED** that the Defendant is given until **April 30, 2012 to enroll in and complete** the recommended twenty four hours of treatment.

**IT IS FURTHER ORDERED**, that the Defendant shall **furnish proof of successful completion to the Court prior to May 1, 2012 or appear in Court on May 1, 2012 at 10:00 a.m.** to explain to the Court why he has not completed the alcohol counseling as recommended and why the one-year suspended sentence should not be imposed.

**DATED: December 13, 2011.**

BY THE COURT:

s/David L. West
**United States Magistrate Judge**

1

## CERTIFICATE OF MAILING

I hereby certify that on this 13th day of December , 2011, a true and correct copy of the foregoing Minute Order was placed in the U. S. Mail, postage prepaid to the following:

Shawn T. Borders
651 Railroad Avenue
Mancos, Colorado 81328


**By:** s/Shirley W. Dills
**Assistant to Magistrate Judge**